In the Matter of the Claim of SEYMOUR P. GOULD, Respondent, against CHAMPENEY AND TURK, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued September 28, 1937; decided October 12, 1937.

*John E. Leach* and *Noel S. Symons* for appellants.

*Joseph A. Marion* and *Manly Fleischmann* for claimant, respondent.

Appeal dismissed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.